**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Clinton Nurseries of Maryland, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4421642** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **517 Pond Meadow Road**  **Westbrook, CT 06498**  Number, Street, City, State & ZIP Code | _____  P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex**  County | **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   **Clinton Nurseries of Maryland, Inc.**   Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__1114__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**   Relationship _____
District _____   When _____   Case number, if known _____

Debtor **Clinton Nurseries of Maryland, Inc.**     Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>■ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor **Clinton Nurseries of Maryland, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 18, 2017**
MM / DD / YYYY

X **/s/ David Richards**
Signature of authorized representative of debtor

**David Richards**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Eric Henzy**
Signature of attorney for debtor

Date **December 18, 2017**
MM / DD / YYYY

**Eric Henzy**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone **(203) 368-4234**    Email address **ehenzy@zeislaw.com**

**ct12849**
Bar number and State

Debtor **Clinton Nurseries of Maryland, Inc.**     Case number (*if known*)
     Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number (*if known*)     Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Clinton Nurseries of Florida** | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **Clinton Nurseries, Inc.** | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **Triem, LLC** | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | Case number, if known | |

# RESOLUTIONS ADOPTED BY

# <u>CLINTON NURSERIES OF MARYLAND, INC.</u>

I HEREBY CERTIFY to the following: (i) the undersigned is the President of Clinton Nurseries of Maryland, Inc., a Connecticut corporation (the "Corporation"); (ii) the following is a true and accurate copy of the resolutions adopted by the Board of Directors of the Corporation on or about December 14, 2017 (the "Resolutions"); and (iii) the Resolutions do not conflict with any order of any court or the Certificate of Incorporation, Bylaws or regulations of the Corporation, and have not been in any way altered, amended, or repealed, and are in full force and effect, unrevoked and unrescinded as of this date;

**RESOLVED**, that the Corporation shall (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (11 U.S.C. § 101, *et seq.*, hereinafter referred to as the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and

**FURTHER RESOLVED**, that the President of the Corporation shall be, and hereby is authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith; and

**FURTHER RESOLVED**, that the President of the Corporation shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Corporation, as debtor and debtor-in-possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364; and

**FURTHER RESOLVED**, that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Corporation, as bankruptcy counsel, in the Corporation's Chapter 11 case; and

**FURTHER RESOLVED**, that the President of the Corporation shall be, and hereby is, authorized and empowered to retain, on behalf of the Corporation, attorneys, financial advisors, investment bankers, accountants, and experts as the President so acting shall deem appropriate in his judgment; and

**FURTHER RESOLVED**, that the President of the Corporation shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses as he shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of these Resolutions; and

**FURTHER RESOLVED**, that all of the acts and transactions of any one or more of the Officers of the Corporation, which have been taken, caused to have been taken, or made prior to the effective date of these Resolutions in connection with the matters set forth in these Resolutions, are hereby ratified, confirmed and approved.

**IN WITNESS WHEREOF**, the undersigned, being the President of the Corporation, has caused this instrument to be signed as of the 14 day of December, 2017.

David E. Richards
President of Clinton Nurseries of Maryland, Inc.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clinton Nurseries of Maryland, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 18, 2017**      X **/s/ David Richards**
                                        Signature of individual signing on behalf of debtor

**David Richards**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Clinton Nurseries of Maryland, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fishback Nursery, Inc.**<br>Attn. Pres. GP. or Mang. Mbr.<br>40065 N.W. Wilkesboro Road<br>Banks, OR 97106 | 503-324-4440 | | | | | $334,088.50 |
| **Container Centralen, Inc.**<br>Attn. Pres. GP. or Mang. Mbr.<br>855 E Plant Street, Suite 1200<br>Winter Garden, FL 34787 | **Greg Chouljian**<br>greg.chouljian@cc-racks.com<br>407-287-6590 | | | | | $302,484.70 |
| **Qualitree Propagators, Inc.**<br>Attn. Pres. GP. or Mang. Mbr.<br>51546 Ferry Road<br>Rosedale BC<br>Canada, CN V0X 1 | **Deborah Woelders**<br>deborah@qualitree.com<br>877-794-3375 | | | | | $274,785.00 |
| **C.H. Robinson Worldwide, Inc.**<br>Attn. Pres. GP. or Mang. Mbr.<br>PO Box 9121<br>Minneapolis, MN 55480 | **Meghan Hughes**<br>meghan.hughes@chrobinson.com<br>800-999-1440 | | | | | $260,064.68 |
| **Bankcard Center**<br>Attn. Pres. GP. or Mang. Mbr.<br>P.O. Box 4025<br>Alameda, CA 94501 | **James Salisbury, VP**<br>james.salisbury@bankofthewest.com<br>916-552-4371 | | | | | $249,111.33 |

Debtor **Clinton Nurseries of Maryland, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nursery Supplies, Inc.**<br>Attn. Pres. GP. or Mang. Mbr.<br>P.O. Box 664010<br>Dallas, TX 75266 | **Ken Hebert, CFO**<br><br>717-263-7780 x255 | | | | | $243,779.56 |
| **Berger Hort. Products LTD**<br>Attn. Pres. GP. or Mang. Mbr.<br>P.O. Box 656<br>Sulphur Springs, TX 75483 | **Carole Delude**<br><br>caroled@berger.ca<br>800-463-5582 | | | | | $242,778.12 |
| **Star Roses**<br>Attn. Pres. GP. or Mang. Mbr.<br>P.O. Box 217<br>Dinuba, CA 93618 | **David F. Watkins**<br><br>dwatkins@starrosesandplants.com<br>215-837-0512 | | | | | $180,922.41 |
| **JRT Nurseries Inc.**<br>Attn. Pres. GP. or Mang. Mbr.<br>2396 272nd Street<br>Aldergrove, BC, Canada<br>V4W 2R1 | 604-856-5552 | | | | | $174,560.00 |
| **ICS, Inc.**<br>Attn: Pres., GP., or Mng. Mbr.<br>1 Component Park<br>West Bridgewater, MA 02379 | **Tom Dickerson**<br><br>781-760-0480 | | | | | $152,161.00 |
| **Harrell's LLC**<br>Attn. Pres. GP. or Mang. Mbr.<br>P.O. Box 935358<br>Atlanta, GA 31193 | creditar@harrells.com<br>800-780-2774 | | | | | $143,462.86 |
| **Woodburn Nursery & Azaleas Inc**<br>Attn. Pres. GP. or Mang. Mbr.<br>13009 McKee School Road NE<br>Woodburn, OR 97071 | 503-634-2231 | | | | | $119,095.10 |
| **Stinchcomb Associates, Inc.**<br>Attn: Pres., GP., or Mng. Mbr.<br>118 East Adams Street<br>Sandusky, OH 44870 | **Melissa Graham**<br><br>stinchcomb_melis@accsandusky.com<br>419-609-2233 | | | | | $81,208.51 |

Debtor **Clinton Nurseries of Maryland, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Conard-Pyle Co., Inc.<br>Attn. Pres. GP. or Mang. Mbr.<br>25 Lewis Road<br>West Grove, PA 19390 | David F. Watkins<br><br>dwatkins@starrosesandplants.com<br>215-837-0512 | | | | | $79,673.65 |
| Southern Wholesale Nursery<br>Attn: Pres., GP., or Mng. Mbr.<br>786 Northcutt Cove Road<br>McMinnville, TN 37110 | Russell Milstead<br><br>931-668-9242 | | | | | $56,905.90 |
| Terry Panter Nursery<br>Attn: Pres., GP., or Mng. Mbr.<br>310 B. Panter Road<br>McMinnville, TN 37110 | 931-581-2458 | | | | | $56,815.00 |
| John Carcieri & Associates LLC<br>Attn. Pres. GP. or Mang. Mbr.<br>220 E. Falmouth Highway<br>East Falmouth, MA 02536 | John Carcieri<br><br>jacarcieri@gmail.com<br>800-705-0506 | | | | | $47,522.92 |
| Pastanch, LLC dba New Christie Ventures<br>Attn. Pres. GP. or Mang. Mbr.<br>31 Sheriden Drive<br>Naugatuck, CT 06770 | Chris DePaolo<br><br>chrisdepaolo@sbcglobal.net<br>203-720-9478 | | | | | $43,769.20 |
| A.M. Leonard, Inc.<br>Attn. Pres. GP. or Mang. Mbr.<br>PO Box 816<br>Piqua, OH 45356 | 937-773-2694 | | | | | $43,008.06 |
| CC Delivery Services, Inc.<br>Attn. Pres. GP. or Mang. Mbr.<br>855 E Plant Street, Suite 1200<br>Winter Garden, FL 34787 | Greg Chouljian<br><br>greg.chouljian@cc-racks.com<br>407-287-6590 | | | | | $41,125.00 |

# United States Bankruptcy Court
### District of Connecticut

In re: **Clinton Nurseries of Maryland, Inc.**, Debtor(s)

Case No.  
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 18, 2017**

/s/ David Richards  
**David Richards**/**President**  
Signer/Title

.

State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


Internal Revenue Service
Centralized Insolvency operation
P.O. Box 7346
Philadelphia, PA 19101-7346


U.S. Department of Justice
Attn: Jeff Sessions, Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530


US Attorney's Office, New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 25
New Haven, CT 06510


A.M. Leonard, Inc.
Attn. Pres. GP. or Mang. Mbr.
PO Box 816
Piqua, OH 45356


ACC Business
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 105306
Atlanta, GA 30348


ADP, Inc.
Attn. Pres. GP. or Mang. Mbr.
PO Box 842875
Boston, MA 02284


Aerotek Professional Services
Attn. Pres. GP. or Mang. Mbr.
3689 Collection Ctr. Dr.
Chicago, IL 60693


Alger Oil, Inc.
Attn. Pres. GP. or Mang. Mbr.
PO Box 261
Chestertown, MD 21620

```
APXnet
Attn. Pres. GP. or Mang. Mbr.
2 School St., Suite 2
Berwick, ME 03901


Bank of the West
Attn: Pres., GP., or Mng. Mbr.
6873 N. West Avenue, Ste. 102
Fresno, CA 93711


Bankcard Center
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 4025
Alameda, CA 94501


Bankcard Center (BOW)
Attn. Pres. GP. or Mang. Mbr.
PO Box 4025
Alameda, CA 94501


Berger Hort. Products LTD
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 656
Sulphur Springs, TX 75483


C.H. Robinson Worldwide, Inc.
Attn. Pres. GP. or Mang. Mbr.
PO Box 9121
Minneapolis, MN 55480


CC Delivery Services, Inc.
Attn. Pres. GP. or Mang. Mbr.
855 E Plant Street, Suite 1200
Winter Garden, FL 34787


CCP Industries, Inc.
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 6500
Cleveland, OH 44101


CHEP Recycled Pallet Solutions
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 849729
Dallas, TX 75284
```

Clinton Nurseries of Florida
1415 East Peidmont Drive
Ste. 4
Tallahassee, FL 32308


Clinton Nurseries, Inc.
Attn. Pres. GP. or Mang. Mbr.
517 Pond Meadow Road
Westbrook, CT 06498


Clinton Nurseries, Inc.
517 Pond Meadow Road
Westbrook, CT 06498


Concept Plants BV
Attn: Pres., GP., or Mng. Mbr.
Brunel 213401
LJIJesselstein
The Netherlands


Container Centralen, Inc.
Attn. Pres. GP. or Mang. Mbr.
855 E Plant Street, Suite 1200
Winter Garden, FL 34787


Cottage Gardens
Attn. Pres. GP. or Mang. Mbr.
4992 Middle Ridge Road
Perry, OH 44081


Coyote
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 742636
Atlanta, GA 30374


DMReach, Inc.
Attn: Pres., GP., or Mng. Mbr.
732 Goose Neck Drive
Lititz, PA 17543


DynaLink Communications
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 3415
Church Street Sta.
New York, NY 10008

Fishback Nursery, Inc.
Attn. Pres. GP. or Mang. Mbr.
40065 N.W. Wilkesboro Road
Banks, OR 97106


Gold Hill Sales, Inc.
Attn. Pres. GP. or Mang. Mbr.
11715 SW Hillsboro Highway
Hillsboro, OR 97123


Green Market Systems Inc
Attn. Pres. GP. or Mang. Mbr.
388 State Street NE, Suite 975
Salem, OR 97301


Harrell's LLC
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 935358
Atlanta, GA 31193


ICS, Inc.
Attn: Pres., GP., or Mng. Mbr.
1 Component Park
West Bridgewater, MA 02379


Instock Retail Services, Inc.
Attn. Pres. GP. or Mang. Mbr.
128 Holiday Ct suite 105
Franklin, TN 37067


Irve J. Goldman, Esq.
Pullman & Comlet, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601


Jay L. Welford, Esq.
Jaffe Raitt Heuer & Weiss, P.C
2777 Franklin Road, Ste. 2500
Southfield, MI 48034


John Carcieri & Associates LLC
Attn. Pres. GP. or Mang. Mbr.
220 E. Falmouth Highway
East Falmouth, MA 02536

```
John Henry Company
Attn: Pres., GP., or Mng. Mbr.
75 Remittance Drive, Ste. 3111
Chicago, IL 60675


JRT Nurseries Inc.
Attn. Pres. GP. or Mang. Mbr.
2396 272nd Street
Aldergrove, BC, Canada
V4W 2R1


Kar's Automotive
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 117
Church Hill, MD 21623


Left Coast Logistics, LLC
Attn. Pres. GP. or Mang. Mbr.
5775 SW Jean Road, Ste. 215
Lake Oswego, OR 97035


McKinnon Nursery
Attn. Pres. GP. or Mang. Mbr.
13835 Butteville Road
Gervais, OR 97026


Nursery Supplies, Inc.
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 664010
Dallas, TX 75266


Online Freight Services, Inc.
Attn. Pres. GP. or Mang. Mbr.
2275 Water Dr.
Mendota Heights, MN 55120


Orora Visual TX, LLC
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 733489
Dallas, TX 75373


Pacific Mulch, Inc.
dba Pacific Organics
Attn. Pres. GP. or Mang. Mbr.
PO Box 60
Henderson, NC 27536
```

Pastanch, LLC
dba New Christie Ventures
Attn. Pres. GP. or Mang. Mbr.
31 Sheriden Drive
Naugatuck, CT 06770


Pirtle Nursery, Inc.
Attn. Pres. GP. or Mang. Mbr.
2220 Evins Mill Road
Smithville, TN 37166


Productivity Plus Account
Dept. 18 - 1111306464
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 78004
Phoenix, AZ 85062


Qualitree Propagators, Inc.
Attn. Pres. GP. or Mang. Mbr.
51546 Ferry Road
Rosedale BC Canada, CN V0X 1


Richards Farms
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 679
Westbrook, CT 06498


Rio Del Mar Enterprises, LTD
d/b/a Elliott Equip/Hardware
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 1409
Easton, MD 21601


Southern Wholesale Nursery
Attn: Pres., GP., or Mng. Mbr.
786 Northcutt Cove Road
McMinnville, TN 37110


Spring Meadow Nursery, Inc.
Attn. Pres. GP. or Mang. Mbr.
12601 120th Avenue
Grand Haven, MI 49417


Star Roses
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 217
Dinuba, CA 93618

Stinchcomb Associates, Inc.
Attn: Pres., GP., or Mng. Mbr.
118 East Adams Street
Sandusky, OH 44870


Summit Plastic Company
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 664008
Dallas, TX 75266


Terry Panter Nursery
Attn: Pres., GP., or Mng. Mbr.
310 B. Panter Road
McMinnville, TN 37110


The Conard-Pyle Co., Inc.
Attn. Pres. GP. or Mang. Mbr.
25 Lewis Road
West Grove, PA 19390


Triem, LLC
Attn. Pres. GP. or Mang. Mbr.
PO Box 679
Westbrook, CT 06498


Triem, LLC
517 Pond Meadow Road
Westbrook, CT 06498


Varilease Finance, Inc.
Attn: Pres., GP., or Mng. Mbr.
6340 South 3000 East
Ste. 400
Salt Lake City, UT 84121


William B. Freeman, Esq.
Katten Muchin Rosenman
515 South Flower Street
Ste. 1000
Los Angeles, CA 90071


Woodburn Nursery & Azaleas Inc
Attn. Pres. GP. or Mang. Mbr.
13009 McKee School Road NE
Woodburn, OR 97071