**Fill in this information to identify the case:**

Debtor name     **Clinton Nurseries of Maryland, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF CONNECTICUT

Case number (if known)     **17-31898**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 16, 2018**          X **/s/ David Richards**
                                                          Signature of individual signing on behalf of debtor

                                                          **David Richards**
                                                          Printed name

                                                          **President**
                                                          Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Clinton Nurseries of Maryland, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF CONNECTICUT

Case number (if known)     **17-31898**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                   **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................    $ **17,455,730.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................    $ **17,455,730.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ **35,513,156.91**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$ **4,337,110.60**

4.  Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b    $ **39,850,267.51**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Clinton Nurseries of Maryland, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  **17-31898**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.       **Cash on hand** | $300.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Webster Bank** | **Checking** | **9795** | **$1,498,889.00** |
| 3.2.  **Webster Bank** | **Checking/Payroll** | **9777** | **$200,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$1,699,189.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1.  **Construction Bond** | $22,880.00 |
| --- | --- |

Debtor    **Clinton Nurseries of Maryland, Inc.**                    Case number *(If known)* **17-31898**
Name

| | | |
|---|---|---|
| 7.2. | **Deposit** | $7,700.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                    $30,580.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:         **143,416.00**   -          **93,416.00**  = ....        $50,000.00
                    face amount                doubtful or uncollectible accounts

11b. Over 90 days old:         **202,541.00**   -          **202,541.00**  = ....        $0.00
                    face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                    $50,000.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| **Finished goods** | **Ongoing** | $14,852,961.00 | Comparable sale | $14,852,961.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                    $14,852,961.00
Add lines 19 through 22.  Copy the total to line 84.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor    **Clinton Nurseries of Maryland, Inc.**                                    Case number *(If known)* **17-31898**
Name

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28.  **Crops-either planted or harvested** | | | |
| 29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.  **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| Farm machinery and equipment | $957,293.00 | Replacement | $810,000.00 |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.    **Total of Part 6.**                                                                            $810,000.00
Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
■ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Clinton Nurseries of Maryland, Inc.**
        _Name_

Case number *(If known)*  **17-31898**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture | $57,450.00 | Replacement | $3,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    | $3,000.00 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See attached** | $25,423.00 | Comparable sale | $10,000.00 |
| 47.2.  **See attached** | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    | $10,000.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Clinton Nurseries of Maryland, Inc.**                    Case number *(If known)*  **17-31898**
Name

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
  ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **613 Hayden Road** | **Lease** | **$0.00** | | **$0.00** |
| 55.2.  **Buildings** | | **$541,231.00** | | **$0.00** |
| 55.3.  **Leasehold improvements** | | **$1,101,490.00** | | **$0.00** |

56.  **Total of Part 9.**                                                                                  **$0.00**
  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No
  ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Clinton Nurseries of Maryland, Inc.**                          Case number *(If known)*   **17-31898**
         Name

| | | |
|---|---|---|
| **JBerry** | $0.00 | Unknown |
| **Star Roses/ The Conard Pyle Company** | $0.00 | $0.00 |
| **McCorkle** | $0.00 | Unknown |
| **Plant Development Corp.** | $0.00 | Unknown |
| **Spring Meadow Nurseries** | $0.00 | Unknown |
| **Bailey** | $0.00 | Unknown |
| **Greenleaf** | $0.00 | Unknown |
| **Concept Plants** | $0.00 | Unknown |
| **Monrovia** | $0.00 | Unknown |
| **Anthony Tesselaar USA** | $0.00 | Unknown |

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                                           | **$0.00** |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Clinton Nurseries of Maryland, Inc.**                    Case number *(If known)* **17-31898**
          Name

<table>
<tr><td colspan="2"></td></tr>
</table>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,699,189.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,580.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,852,961.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $810,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,455,730.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $17,455,730.00 |

**Fill in this information to identify the case:**

Debtor name     **Clinton Nurseries of Maryland, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF CONNECTICUT

Case number (if known)     **17-31898**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Bank of the West** Creditor's Name | Describe debtor's property that is subject to a lien **Blanket lien on substantially all assets** | **$27,700,000.00** | **$0.00** |

**2.1** | **Bank of the West**
Creditor's Name

**Attn: Pres., GP., or Mng. Mbr.**
**6873 N. West Avenue, Ste. 102**
**Fresno, CA 93711**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket lien on substantially all assets**

Column A: **$27,700,000.00**     Column B: **$0.00**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | **Spring Meadow Nursery, Inc.**
Creditor's Name

**Attn. Pres. GP. or Mang. Mbr.**
**12601 120th Avenue**
**Grand Haven, MI 49417**
Creditor's mailing address

Describe debtor's property that is subject to a lien

Amount of claim: **$32,496.04**     Value of collateral: **$0.00**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Clinton Nurseries of Maryland, Inc.** | Case number (if know) | **17-31898** |
|---|---|---|---|
| | Name | | |

**IN02**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Varilease Finance, Inc.** | Describe debtor's property that is subject to a lien | $3,000,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien on all personal property** | | |

**Attn: Pres., GP., or Mng. Mbr.**
**6340 South 3000 East**
**Ste. 400**
**Salt Lake City, UT 84121**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Warren and Ann Richards Trust** | Describe debtor's property that is subject to a lien | $4,780,660.87 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien on all personal property** | | |

**57 Shore Road**
**Clinton, CT 06413**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $35,513,156.91 |
|---|---|---|

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

| Debtor | **Clinton Nurseries of Maryland, Inc.** | Case number (if know) | **17-31898** |
|---|---|---|---|
| | Name | | |

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jay L. Welford, Esq.**<br>**Jaffe Raitt Heuer & Weiss, P.C**<br>**2777 Franklin Road, Ste. 2500**<br>**Southfield, MI 48034** | Line __2.3__ | |

**Fill in this information to identify the case:**

Debtor name **Clinton Nurseries of Maryland, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **17-31898**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,008.06** |
|---|---|---|---|

**A.M. Leonard, Inc.**
**Attn. Pres. GP. or Mang. Mbr.**
**PO Box 816**
**Piqua, OH 45356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **EO01**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,053.53** |
|---|---|---|---|

**ACC Business**
**Attn: Pres., GP., or Mng. Mbr.**
**P.O. Box 105306**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **BU01**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$460.36** |
|---|---|---|---|

**ADP, Inc.**
**Attn. Pres. GP. or Mang. Mbr.**
**PO Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **IN01**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,063.32** |
|---|---|---|---|

**Aerotek Professional Services**
**Attn. Pres. GP. or Mang. Mbr.**
**3689 Collection Ctr. Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **OT01**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Clinton Nurseries of Maryland, Inc.** | Case number (if known) | **17-31898** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,514.21**

Alger Oil, Inc.
Attn. Pres. GP. or Mang. Mbr.
PO Box 261
Chestertown, MD 21620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **ER01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,421.39**

APXnet
Attn. Pres. GP. or Mang. Mbr.
2 School St., Suite 2
Berwick, ME 03901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **NE01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249,111.33**

Bankcard Center
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 4025
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **KC01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,305.86**

Bankcard Center (BOW)
Attn. Pres. GP. or Mang. Mbr.
PO Box 4025
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **KC02**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242,778.12**

Berger Hort. Products LTD
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 656
Sulphur Springs, TX 75483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **GE01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260,064.68**

C.H. Robinson Worldwide, Inc.
Attn. Pres. GP. or Mang. Mbr.
PO Box 9121
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **IN01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,125.00**

CC Delivery Services, Inc.
Attn. Pres. GP. or Mang. Mbr.
855 E Plant Street, Suite 1200
Winter Garden, FL 34787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **EL01**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Clinton Nurseries of Maryland, Inc.**
_____
Name

Case number (if known) **17-31898**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.21 |

**CCP Industries, Inc.**
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 6500
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **IN01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,230.96 |

**CHEP Recycled Pallet Solutions**
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 849729
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **PR01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,963.95 |

**Clinton Nurseries, Inc.**
Attn. Pres. GP. or Mang. Mbr.
517 Pond Meadow Road
Westbrook, CT 06498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **NT01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.20 |

**Concept Plants BV**
Attn: Pres., GP., or Mng. Mbr.
Brunel 213401
LJIJesselstein
The Netherlands

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **CE02**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302,484.70 |

**Container Centralen, Inc.**
Attn. Pres. GP. or Mang. Mbr.
855 E Plant Street, Suite 1200
Winter Garden, FL 34787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **TA01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |

**Cottage Gardens**
Attn. Pres. GP. or Mang. Mbr.
4992 Middle Ridge Road
Perry, OH 44081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **TA01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,073.84 |

**Coyote**
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 742636
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **OT01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinton Nurseries of Maryland, Inc.** | Case number *(if known)* | **17-31898** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delmarva Power**
c/o Revenue Recovery 84CP42
Attn: Pres., GP., or Mng. Mbr.
5 Collins Drive
Carneys Point, NJ 08069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,420.00** |
|---|---|---|---|

**DMReach, Inc.**
Attn: Pres., GP., or Mng. Mbr.
732 Goose Neck Drive
Lititz, PA 17543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __EA01__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,869.60** |
|---|---|---|---|

**DynaLink Communications**
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 3415
Church Street Sta.
New York, NY 10008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __AL01__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$334,088.50** |
|---|---|---|---|

**Fishback Nursery, Inc.**
Attn. Pres. GP. or Mang. Mbr.
40065 N.W. Wilkesboro Road
Banks, OR 97106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __HB01__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,300.00** |
|---|---|---|---|

**Gold Hill Sales, Inc.**
Attn. Pres. GP. or Mang. Mbr.
11715 SW Hillsboro Highway
Hillsboro, OR 97123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __DH01__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.64** |
|---|---|---|---|

**Green Market Systems Inc**
Attn. Pres. GP. or Mang. Mbr.
388 State Street NE, Suite 975
Salem, OR 97301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __EN02__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,462.86** |
|---|---|---|---|

**Harrell's LLC**
Attn. Pres. GP. or Mang. Mbr.
P.O. Box 935358
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __RE01__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Clinton Nurseries of Maryland, Inc.** | Case number (if known) | **17-31898** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$152,161.00** |
|---|---|---|---|
| | **ICS, Inc.** | ☐ Contingent | |
| | **Attn: Pres., GP., or Mng. Mbr.** | ☐ Unliquidated | |
| | **1 Component Park** | ☐ Disputed | |
| | **West Bridgewater, MA 02379** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,548.26** |
|---|---|---|---|
| | **Instock Retail Services, Inc.** | ☐ Contingent | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **128 Holiday Ct suite 105** | ☐ Disputed | |
| | **Franklin, TN 37067** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **TO01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47,522.92** |
|---|---|---|---|
| | **John Carcieri & Associates LLC** | ☐ Contingent | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **220 E. Falmouth Highway** | ☐ Disputed | |
| | **East Falmouth, MA 02536** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **CI01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,997.08** |
|---|---|---|---|
| | **John Henry Company** | ☐ Contingent | |
| | **Attn: Pres., GP. or Mng. Mbr.** | ☐ Unliquidated | |
| | **75 Remittance Drive, Ste. 3111** | ☐ Disputed | |
| | **Chicago, IL 60675** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **JO01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$174,560.00** |
|---|---|---|---|
| | **JRT Nurseries Inc.** | | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Contingent | |
| | **2396 272nd Street** | ☐ Unliquidated | |
| | **Aldergrove, BC, Canada** | ☐ Disputed | |
| | **V4W 2R1** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **NU01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$282.55** |
|---|---|---|---|
| | **Kar's Automotive** | ☐ Contingent | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **P.O. Box 117** | ☐ Disputed | |
| | **Church Hill, MD 21623** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **RS01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,100.00** |
|---|---|---|---|
| | **Left Coast Logistics, LLC** | ☐ Contingent | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **5775 SW Jean Road, Ste. 215** | ☐ Disputed | |
| | **Lake Oswego, OR 97035** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **TC01** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Clinton Nurseries of Maryland, Inc.** | Case number *(if known)* | **17-31898** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,453.00** |
|---|---|---|---|
| | **McKinnon Nursery** | ☐ Contingent | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **13835 Butteville Road** | ☐ Disputed | |
| | **Gervais, OR 97026** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **IN01** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243,779.56** |
|---|---|---|---|
| | **Nursery Supplies, Inc.** | ☐ Contingent | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **P.O. Box 664010** | ☐ Disputed | |
| | **Dallas, TX 75266** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **SE01** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,077.75** |
|---|---|---|---|
| | **Online Freight Services, Inc.** | ☐ Contingent | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **2275 Water Dr.** | ☐ Disputed | |
| | **Mendota Heights, MN 55120** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **IN01** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,793.09** |
|---|---|---|---|
| | **Orora Visual TX, LLC** | ☐ Contingent | |
| | **Attn: Pres., GP., or Mng. Mbr.** | ☐ Unliquidated | |
| | **P.O. Box 733489** | ☐ Disputed | |
| | **Dallas, TX 75373** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **EG01** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,937.84** |
|---|---|---|---|
| | **Pacific Mulch, Inc.** | | |
| | **dba Pacific Organics** | ☐ Contingent | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **PO Box 60** | ☐ Disputed | |
| | **Henderson, NC 27536** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **IF01** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,769.20** |
|---|---|---|---|
| | **Pastanch, LLC** | | |
| | **dba New Christie Ventures** | ☐ Contingent | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Unliquidated | |
| | **31 Sheriden Drive** | ☐ Disputed | |
| | **Naugatuck, CT 06770** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **TA01** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **Pirtle Nursery, Inc.** | | |
| | **Attn. Pres. GP. or Mang. Mbr.** | ☐ Contingent | |
| | **2220 Evins Mill Road** | ☐ Unliquidated | |
| | **Smithville, TN 37166** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **TL01** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Clinton Nurseries of Maryland, Inc.** | Case number (if known) | **17-31898** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,250.32** |
|---|---|---|---|
| | Productivity Plus Account<br>Dept. 18 - 1111306464<br>Attn. Pres. GP. or Mang. Mbr.<br>P.O. Box 78004<br>Phoenix, AZ 85062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **HE01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$274,785.00** |
|---|---|---|---|
| | Qualitree Propagators, Inc.<br>Attn. Pres. GP. or Mang. Mbr.<br>51546 Ferry Road<br>Rosedale BC Canada, CN V0X 1 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **LI01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$436,847.92** |
|---|---|---|---|
| | Richards Farms<br>Attn: Pres., GP., or Mng. Mbr.<br>P.O. Box 679<br>Westbrook, CT 06498 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **HA03** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.52** |
|---|---|---|---|
| | Rio Del Mar Enterprises, LTD<br>d/b/a Elliott Equip/Hardware<br>Attn: Pres., GP., or Mng. Mbr.<br>P.O. Box 1409<br>Easton, MD 21601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **DE01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,905.90** |
|---|---|---|---|
| | Southern Wholesale Nursery<br>Attn: Pres., GP., or Mng. Mbr.<br>786 Northcutt Cove Road<br>McMinnville, TN 37110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **TH01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180,922.41** |
|---|---|---|---|
| | Star Roses<br>Attn. Pres. GP. or Mang. Mbr.<br>P.O. Box 217<br>Dinuba, CA 93618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **RR01** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81,208.51** |
|---|---|---|---|
| | Stinchcomb Associates, Inc.<br>Attn: Pres., GP., or Mng. Mbr.<br>118 East Adams Street<br>Sandusky, OH 44870 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **NC01** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Clinton Nurseries of Maryland, Inc.** | | Case number (if known) | **17-31898** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,548.70 |
|---|---|---|---|

**Summit Plastic Company**
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 664008
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **MI01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,815.00 |
|---|---|---|---|

**Terry Panter Nursery**
Attn: Pres., GP., or Mng. Mbr.
310 B. Panter Road
McMinnville, TN 37110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **RY01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,673.65 |
|---|---|---|---|

**The Conard-Pyle Co., Inc.**
Attn. Pres. GP. or Mang. Mbr.
25 Lewis Road
West Grove, PA 19390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **CO01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480,000.00 |
|---|---|---|---|

**Triem, LLC**
Attn. Pres. GP. or Mang. Mbr.
PO Box 679
Westbrook, CT 06498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **EM01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,095.10 |
|---|---|---|---|

**Woodburn Nursery & Azaleas Inc**
Attn. Pres. GP. or Mang. Mbr.
13009 McKee School Road NE
Woodburn, OR 97071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **DB01**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 4,337,110.60 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,337,110.60 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name  **Clinton Nurseries of Maryland, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  **17-31898**

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*  (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Finance Contract** | |
| State the term remaining | **Caterpillar Financial Services** |
| List the contract number of any government contract | **Attn: Pres., GP., or Mng. Mbr. P.O. Box 13834 Newark, NJ 07188** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Finance Contract** | |
| State the term remaining | **CNI Industrial Capital America** |
| List the contract number of any government contract | **Attn: Pres., GP., or Mng. Mbr. P.O. Box 3600 Lancaster, PA 17604** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Lease for approx. 202 acres in Queen Annes** | |
| State the term remaining  **6 Years** | **Richards Farms** |
| List the contract number of any government contract | **Attn: Pres., GP., or Mng. Mbr. P.O. Box 679 Westbrook, CT 06498** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Finance Contract** | |
| State the term remaining | **Toyota Commercial Finance** |
| List the contract number of any government contract | **Attn: Pres., GP., or Mng. Mbr. P.O Box 660926 Dallas, TX 75266** |

---

| Debtor 1 | **Clinton Nurseries of Maryland, Inc.** | | Case number *(if known)* | **17-31898** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Main Farm in Maryland** | |
|---|---|---|---|
| | State the term remaining | | **Triem, LLC**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**P.O. Box 679**<br>**Westbrook, CT 06498** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Finance Contract** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Vendor**<br>**Financial Services, LLC**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**P.O. Box 741564**<br>**Philadelphia, PA 19101** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# SCHEDULE G
# CLINTON NURSERIES OF MARYLAND, INC
# CASE  17-31898

## MD CONTRACTS AT DEC 18,2017

## FINANCE CONTRACTS

**CNI INDUSTRIAL CAPITAL AMERICA LLC**
**PO BOX 3600**
**LANCASTER, PA  17604**

| NOTE # | SERIAL # | MAKE | MODEL | PMT |
|---|---|---|---|---|
| 2207001 | 6209739 | NEW HOLLAND | WM 45 | $ 2,154.12 |
| 2207002 | NH6275600 | NEW HOLLAND | WM 46 | $ 973.09 |
| 2207003 | 2250000225 | NEW HOLLAND | 24.00 | $ 368.78 |

**CATERPILLAR FINANCIAL SERVICES CORP**
**PO BOX 13834**
**NEWARK, NJ  07188**

| CONTRACT # | SERIAL # | MAKE | MODEL | PMT |
|---|---|---|---|---|
| 001-0805649 | | | 926M-LTE00462 | $ 3,378.22 |

**TOYOTA COMMERCIAL FINANCE**
**PO BOX 660926**
**DALLAS, TX  75266**

| CONTRACT # | SERIAL # | MAKE | MODEL | PMT |
|---|---|---|---|---|
| 50250410-10000244587 | 8FGU25-74323 | | | $  376.50 |
| 50250410-10000244588 | 8FGU25-74321 | | | $  376.50 |
| 50250410-10000244589 | 8FGU25-74348 | | | $  376.50 |
| 50250410-10000244590 | 8FGU25-74349 | | | $  376.50 |
| 50250410-10000244591 | 8FGU25-74333 | | | $  376.50 |
| 50250410-10000244592 | 8FGU25-74350 | | | $  376.51 |
| 50250410-10000244597 | 8FGU25-74198 | | | $  378.20 |
| 50250410-10000244598 | 8FGU25-74199 | | | $  378.20 |
| 50250410-10000244599 | 8FGU25-74200 | | | $  378.20 |

**WELLS FARGO VENDOR FINANCIAL SERVICES, LLC**
**PO BOX 741564**
**PHILADELPHIA, PA 19101**

RICOH  COPIER          PMT                    $          144.31
ACCT#   480404-2736607

## REAL ESTATE  LEASES

### QUEEN ANNES COUNTY, MARYLAND

RICHARDS FARMS                        LEASE FOR APPROX 202 ACRES IN QUEEN ANNES
PO BOX 679                            RENT $30,000 PER MONTH - NOT CURRENT
WESTBROOK, CT 06498                   TERM 10 YEARS FROM  3-1-14

613 HAYDEN RD- MAIN FARM              LEASE FOR MAIN FARM IN MD
TRIEM, LLC                            RENT $28,000 PER MONTH- NOT CURRENT
PO BOX 679
WESTBROOK, CT 06498

| Fill in this information to identify the case: |
|---|

Debtor name    **Clinton Nurseries of Maryland, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **17-31898**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Clinton Nurseries of Florida** | **1415 East Peidmont Drive Ste. 4 Tallahassee, FL 32308** | **Varilease Finance, Inc.** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Clinton Nurseries of Florida** | **1415 East Peidmont Drive Ste. 4 Tallahassee, FL 32308** | **Spring Meadow Nursery, Inc.** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.3 | **Clinton Nurseries, Inc.** | **517 Pond Meadow Road Westbrook, CT 06498** | **Varilease Finance, Inc.** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **Clinton Nurseries, Inc.** | **517 Pond Meadow Road Westbrook, CT 06498** | **Spring Meadow Nursery, Inc.** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Clinton Nurseries of Maryland, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **17-31898**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $18,469,584.00 |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $17,303,338.00 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $15,159,658.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Clinton Nurseries of Maryland, Inc.**                          Case number *(if known)*  **17-31898**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred is or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Bank of the West v. Clinton Nurseries, Inc., et al.**<br>**17-cv-01858** | | **US District Court for the District of CT** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

| Debtor | **Clinton Nurseries of Maryland, Inc.** | Case number *(if known)* **17-31898** |
|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

| Debtor | Clinton Nurseries of Maryland, Inc. | Case number *(if known)* 17-31898 |
|---|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Clinton Nurseries Inc 401(k) Profit Sharing Plan and Trust** | EIN: **06-0861696** |

Has the plan been terminated?

☑ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of the West**<br>**P.O. Box 2836**<br>**Omaha, NE 68103** | **XXXX-3627** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Clinton Nurseries of Maryland, Inc. | Case number *(if known)* | 17-31898 |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Clinton Nurseries of Maryland, Inc.** | Case number *(if known)* **17-31898** |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Judelson, Giordano & Siegal, CPA PC**<br>**633 NY-211**<br>**Middletown, NY 10941** | **3/1/2016 to present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Lewitz, Balosie, Wollack, Rayner**<br>**& Giroux CPA**<br>**36 Elm Street**<br>**Old Saybrook, CT 06475** | **Until 3/1/2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Bank of the West**<br>**32605 Temecula Pkwy, Ste. 200**<br>**Temecula, CA 92592** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Clinton Nurseries of Maryland, Inc.**                                   Case number *(if known)*   **17-31898**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| David Richards | 48 Shore Road Clinton, CT 06413 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Michael Richards | 48 Shore Road Clinton, CT 06413 | Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Matthew Richards | 53 Chapman Avenue Westbrook, CT 06498 | Secretary | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Roland Beneke | | Chief Financial Officer | until 2/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Clinton Nurseries, Inc. | EIN:   06-0861696 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor   **Clinton Nurseries of Maryland, Inc.** _____   Case number *(if known)* **17-31898** _____

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 16, 2018** _____

**/s/ David Richards** _____         **David Richards** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Clinton Nurseries of Maryland, Inc.**
Check History Report
> $ 6,425   09/1/2017 thru 12/18/017

SOA #3

Clinton Nurseries of Marylan

| Bank Code | Description | Check Number | Check Date | Check Amount | Check |
|---|---|---|---|---|---|
| Vendor | ALGER01 Alger Oil, Inc.   *oil supplier* | | | | |
| W | Webster Bank | 000842 | 9/21/2017 | 1,067.73 | Auto |
| W | Webster Bank   *P.O. Box 261* | 000862 | 9/21/2017 | 69.32 | Manua |
| W | Webster Bank | 000870 | 10/3/2017 | 3,143.31 | Auto |
| W | Webster Bank   *Chestertown, MD* | 000905 | 10/16/2017 | 1,179.19 | Auto |
| W | Webster Bank | 000926 | 10/26/2017 | 1,617.47 | Auto |
| W | Webster Bank   *21620* | 000974 | 11/9/2017 | 2,919.57 | Auto |
| W | Webster Bank | 000995 | 11/16/2017 | 666.68 | Auto |
| W | Webster Bank | 001013 | 11/22/2017 | 847.53 | Auto |
| W | Webster Bank | 001036 | 11/30/2017 | 864.36 | Auto |
| W | Webster Bank | 001042 | 12/7/2017 | 1,106.03 | Auto |
| W | Webster Bank | 001061 | 12/14/2017 | 1,393.10 | Auto |
| W | Webster Bank | 001061 | 12/14/2017 | 1,393.10- | Revers |
| | | Vendor Alger Oil, Inc. Total: | | 13,481.19 | |
| Vendor | AMERI01 American Express | | | | |
| W | Webster Bank   *P.O. Box 1270* | 000871 | 10/3/2017 | 2,343.60 | Auto |
| W | Webster Bank   *Newark, NJ 07101-1270* | 000970 | 11/2/2017 | 8,935.22 | Auto |
| | | Vendor American Express Total: | | 11,278.82 | |
| Vendor | APXNE01 APXnet   *service provider - internet* | | | | |
| W | Webster Bank   *2 School St, Suite 2* | 000844 | 9/21/2017 | 2,421.39 | Auto |
| W | Webster Bank   *Berwick, ME* | 000906 | 10/16/2017 | 2,421.39 | Auto |
| W | Webster Bank   *03901-2124* | 000998 | 11/16/2017 | 2,421.39 | Auto |
| | | Vendor APXnet Total: | | 7,264.17 | |
| Vendor | CATAC01 Caterpillar Financial Services   *Finance Co* | | | | |
| W | Webster Bank   *P.O. Box 13834* | 000897 | 10/13/2017 | 3,378.22 | Manua |
| W | Webster Bank   *Newark, NJ* | 000955 | 11/1/2017 | 3,378.22 | Auto |
| W | Webster Bank   *07188-0834* | 001064 | 12/14/2017 | 3,378.22 | Auto |
| W | Webster Bank | 001064 | 12/14/2017 | 3,378.22- | Revers |
| | | Vendor Caterpillar Financial Services Total: | | 6,756.44 | |
| Vendor | CLINT02 Clinton Nurseries of Florida   *intercompany* | | | | |
| W | Webster Bank   *517 Pond Meadow Rd* | 000977 | 11/9/2017 | 48,900.00 | Auto |
| | *Westbrook CT 06498* | Vendor Clinton Nurseries of Florida Total: | | 48,900.00 | |
| Vendor | CLINT01 Clinton Nurseries, Inc.   *intercompany* | | | | |
| W | Webster Bank   *517 Pond Meadow Rd* | 001043 | 12/7/2017 | 21,032.50 | Auto |
| | *Westbrook CT 06498* | Vendor Clinton Nurseries, Inc. Total: | | 21,032.50 | |
| Vendor | CNHCA02 CNH Industrial Capital America   *Finance Co* | | | | |
| W | Webster Bank   *P.O. Box 3600* | 000898 | 10/13/2017 | 3,558.96 | Manua |
| W | Webster Bank | 000932 | 10/26/2017 | 3,283.70 | Auto |
| W | Webster Bank   *Lancaster, PA* | 001021 | 11/22/2017 | 3,283.70 | Auto |
| W | Webster Bank | 001065 | 12/14/2017 | 3,283.70 | Auto |
| W | Webster Bank   *17604-3600* | 001065 | 12/14/2017 | 3,283.70- | Revers |
| | | Vendor CNH Industrial Capital America Total: | | 10,126.36 | |
| Vendor | COYOT01 Coyote   *Trucker / vendor* | | | | |
| W | Webster Bank   *P.O. Box 742636* | 000852 | 9/21/2017 | 3,125.00 | Auto |
| W | Webster Bank | 000873 | 10/3/2017 | 1,562.38 | Auto |
| W | Webster Bank   *Atlanta, GA* | 000909 | 10/16/2017 | 1,415.06 | Auto |
| W | Webster Bank | 000978 | 11/9/2017 | 2,374.30 | Auto |
| W | Webster Bank   *30374-2636* | 000999 | 11/16/2017 | 2,073.84 | Auto |
| | | Vendor Coyote Total: | | 10,550.58 | |
| Vendor | CROPP01 Crop Production Services   *supplier* | | | | |
| W | Webster Bank   *1003 Hope Road* | 000839 | 9/20/2017 | 32,087.35 | Manua |
| | *Centreville, MD 21617* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000910 | 10/16/2017 | 6,605.86 | Auto |
| W | Webster Bank | 001000 | 11/16/2017 | 8,949.00 | Auto |

**Vendor Crop Production Services Total:** 47,642.21

| Vendor | DELMA01 Delmarva Power | *utilities* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000874 | 10/3/2017 | 7,654.12 | Auto |
| W | Webster Bank | 000911 | 10/16/2017 | 192.54 | Auto |
| W | Webster Bank | 000933 | 10/26/2017 | 2,039.17 | Auto |
| W | Webster Bank | 000957 | 11/1/2017 | 6,924.71 | Auto |
| W | Webster Bank | 000979 | 11/9/2017 | 2,282.57 | Auto |
| W | Webster Bank | 001066 | 12/14/2017 | 6,574.66 | Auto |
| W | Webster Bank | 001066 | 12/14/2017 | 6,574.66- | Revers |

*P.O. Box 13609 Philadelphia, PA 19101*

**Vendor Delmarva Power Total:** 19,093.11

| Vendor | FARMF01 Farm Family Insurance | *Insurance* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000855 | 9/21/2017 | 12,386.41 | Auto |
| W | Webster Bank | 000981 | 11/9/2017 | 12,386.42 | Auto |
| W | Webster Bank | 001002 | 11/16/2017 | 24,772.84 | Auto |

*P.O. Box 22019 Albany, NY 12201*

**Vendor Farm Family Insurance Total:** 49,545.67

| Vendor | FLORI01 Florida Blue | *Insurance* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000876 | 10/3/2017 | 13,634.98 | Auto |
| W | Webster Bank | 000982 | 11/9/2017 | 5,165.11 | Auto |
| W | Webster Bank | 001045 | 12/7/2017 | 5,165.11 | Auto |

*P.O. Box 660299 Dallas, TX 75266-0299*

**Vendor Florida Blue Total:** 23,965.20

| Vendor | GRAYP01 Gray, Plant, Mooty, P.A. | *professional (atty)* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000951 | 10/30/2017 | 10,000.00 | Auto |

*500 IDS Center, 80 South Eight Street - Minneapolis MN - 55402-3796*

**Vendor Gray, Plant, Mooty, P.A. Total:** 10,000.00

| Vendor | JACOB01 Jacobson, Inc. | *supplier* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000894 | | 8,681.40 | Manua |

*90 Campanelli Drive Braintree, MA 02184*

**Vendor Jacobson, Inc. Total:** 8,681.40

| Vendor | JRTNU01 JRT Nurseries Inc. | *supplier* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000863 | 9/21/2017 | 2,000.00 | Manua |
| W | Webster Bank | 000891 | 10/3/2017 | 2,000.00 | Manua |
| W | Webster Bank | 000900 | 10/13/2017 | 4,000.00 | Manua |
| W | Webster Bank | 000919 | 10/16/2017 | 2,000.00 | Manua |
| W | Webster Bank | 000946 | 10/26/2017 | 2,000.00 | Manua |
| W | Webster Bank | 000967 | 11/1/2017 | 2,000.00 | Manua |
| W | Webster Bank | 000988 | 11/9/2017 | 2,000.00 | Manua |
| W | Webster Bank | 001009 | 11/16/2017 | 2,000.00 | Manua |
| W | Webster Bank | 001032 | 11/22/2017 | 2,000.00 | Manua |
| W | Webster Bank | 001032 | 11/22/2017 | 2,000.00- | Revers |
| W | Webster Bank | 001056 | 12/7/2017 | 6,000.00 | Manua |

*2396 272ND Street Aldergrove, BC, Canada V4W 2R1*

**Vendor JRT Nurseries Inc. Total:** 24,000.00

| Vendor | KINGP01 King Pallet, Inc. | *supplier* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000940 | 10/26/2017 | 7,111.63 | Auto |
| W | Webster Bank | 000960 | 11/1/2017 | 17,888.12 | Auto |

*1112 Hengemihle Ave. Baltimore, MD 21221*

**Vendor King Pallet, Inc. Total:** 24,999.75

| Vendor | MACOR01 Macore Company, Inc. | *supplier* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000914 | 10/16/2017 | 6,937.15 | Auto |

*2215 Claxter Road NE Salem, OR 97301*

**Vendor Macore Company, Inc. Total:** 6,937.15

| Vendor | MEDFO01 Medford Nursery, Inc. | *supplier* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000896 | 10/12/2017 | 28,800.00 | Manua |

*560-A Eayrestown-Red Lion Rd. P.O. Box 1145 Medford, NJ 08055*

**Vendor Medford Nursery, Inc. Total:** 28,800.00

| Vendor | ONLIN01 Online Freight Services, Inc. | *trucking vendor* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000859 | 9/21/2017 | 33,633.75 | Auto |
| W | Webster Bank | 000879 | 10/3/2017 | 33,793.25 | Auto |
| W | Webster Bank | 000916 | 10/16/2017 | 20,073.40 | Auto |
| W | Webster Bank | 000943 | 10/26/2017 | 16,065.75 | Auto |
| W | Webster Bank | 000962 | 11/1/2017 | 16,573.25 | Auto |
| W | Webster Bank | 000985 | 11/9/2017 | 7,166.00 | Auto |

*2275 Water Dr. Mendota Heights, MN 55120*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | | 001005 | 11/16/2017 | 11,077.75 | Auto |
| W | Webster Bank | | 001024 | 11/22/2017 | 6,717.45 | Auto |
| W | Webster Bank | | 001049 | 12/7/2017 | 4,300.00 | Auto |
| W | Webster Bank | | 001073 | 12/14/2017 | 2,400.00 | Auto |
| W | Webster Bank | | 001073 | 12/14/2017 | 2,400.00- | Revers |

*Vendor Online Freight Services, Inc. Total:* **149,400.60**

*Service contract for growing trees*

| Vendor | PIRTL01 Pirtle Nursery, Inc. | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | *2220 EVINS MILL ROAD* | 000882 | 10/3/2017 | 5,000.00 | Auto |
| W | Webster Bank | *SMITHVILLE, TN.* | 000917 | 10/16/2017 | 5,000.00 | Auto |
| W | Webster Bank | | 001007 | 11/16/2017 | 10,000.00 | Auto |
| W | Webster Bank | *37166* | 001051 | 12/7/2017 | 5,000.00 | Auto |

*Vendor Pirtle Nursery, Inc. Total:* **25,000.00**

| Vendor | ROMOR01 Ricardo Garcia Romo | *Service for labor @ Pirtle* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | *2220 EVINS MILL ROAD* | 000920 | 10/16/2017 | 5,000.00 | Manua |
| W | Webster Bank | *SMITHVILLE, TN* | 000949 | 10/26/2017 | 3,500.00 | Manua |
| W | Webster Bank | | 000971 | 11/2/2017 | 6,500.00 | Auto |
| W | Webster Bank | *37166* | 000989 | 11/9/2017 | 5,000.00 | Manua |

*Vendor Ricardo Garcia Romo Total:* **20,000.00**

| Vendor | RICHA03 Richards Farms | *rent* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | *PO BOX 679* | 000840 | 9/21/2017 | 30,000.00 | Manua |
| W | Webster Bank | *Westbrook, CT* | 000868 | 10/3/2017 | 30,000.00 | Manua |
| W | Webster Bank | | 000952 | 11/1/2017 | 30,000.00 | Manua |
| W | Webster Bank | *06498* | 001038 | 12/4/2017 | 30,000.00 | Manua |

*Vendor Richards Farms Total:* **120,000.00**

| Vendor | SOUTH01 Southern Wholesale Nursery | *Supplier* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | *786 NORTHCUTT COVE ROAD* | 000864 | 9/21/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 000892 | 10/3/2017 | 1,500.00 | Manua |
| W | Webster Bank | *McMINNVILLE, TN* | 000901 | 10/13/2017 | 3,000.00 | Manua |
| W | Webster Bank | | 000921 | 10/16/2017 | 1,500.00 | Manua |
| W | Webster Bank | *37110* | 000947 | 10/26/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 000968 | 11/1/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 000990 | 11/9/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 001010 | 11/16/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 001033 | 11/22/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 001033 | 11/22/2017 | 1,500.00- | Revers |
| W | Webster Bank | | 001057 | 12/7/2017 | 4,500.00 | Manua |

*Vendor Southern Wholesale Nursery Total:* **18,000.00**

| Vendor | STARR01 Star Roses | *Supplier - IP* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | *PO BOX 217* | 001028 | 11/22/2017 | 6,594.90 | Auto |
| | | *Dinuba, CA 93618* | | | |

*Vendor Star Roses Total:* **6,594.90**

| Vendor | THBLU01 T.H. Blue, Inc. | *Supplier* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | *P.O. BOX 97* | 000861 | 9/21/2017 | 7,920.00 | Auto |
| W | Webster Bank | *EAGLE SPRINGS, NC* | 000887 | 10/3/2017 | 2,805.00 | Manua |
| W | Webster Bank | | 001055 | 12/7/2017 | 5,280.00 | Revers |
| W | Webster Bank | *27242)* | 001059 | 12/7/2017 | 10,560.00 | Auto |

*Vendor T.H. Blue, Inc. Total:* **26,565.00**

| Vendor | TERRY01 Terry Panter Nursery | *Supplier* | | | |
|---|---|---|---|---|---|
| W | Webster Bank | *70 B PANTER ROAD* | 000865 | 9/21/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 000893 | 10/3/2017 | 1,500.00 | Manua |
| W | Webster Bank | *McMINNVILLE, TN* | 000902 | 10/13/2017 | 3,000.00 | Manua |
| W | Webster Bank | | 000922 | 10/16/2017 | 1,500.00 | Manua |
| W | Webster Bank | *37110* | 000948 | 10/26/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 000969 | 11/1/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 000991 | 11/9/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 001011 | 11/16/2017 | 1,500.00 | Manua |
| W | Webster Bank | | 001029 | 11/22/2017 | 55,315.00 | Auto |
| W | Webster Bank | | 001029 | 11/22/2017 | 55,315.00- | Revers |
| W | Webster Bank | | 001034 | 11/22/2017 | 1,500.00 | Revers |
| W | Webster Bank | | 001034 | 11/22/2017 | 1,500.00- | Revers |
| W | Webster Bank | | 001058 | 12/7/2017 | 4,500.00 | Manua |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Vendor Terry Panter Nursery Total: | 18,000.00 | |
| Vendor | | TOYOT02 | Toyota Ind. Com. Finance, Inc. | *Finance Co* | | |
| W | Webster Bank | *P.O. Box 660926* | 000888 | 10/3/2017 | 3,553.69 | Auto |
| W | Webster Bank | *DALLAS, TX* | 000992 | 11/9/2017 | 3,393.61 | Manua |
| W | Webster Bank | | 001030 | 11/22/2017 | 3,393.61 | Auto |
| | | *75266 0926* | Vendor Toyota Ind. Com. Finance, Inc. Total: | | 10,340.91 | |

SOA #4

Check History Report
CNM Payments to Triem, Richards Farms, David E Richards, Matthew W Richards, Michael Richards & Local Knowledge

Activity From: 12/19/2016 to 12/18/2017

Clinton Nurseries of Maryland, Inc. (CNM)

| Bank Code | Description | Check Number | Check Date | Check Amount | Check Type |
|---|---|---|---|---|---|
| Vendor Number: | LOCAL01  Local Knowledge, LLC | | | | |
| W | Webster Bank | 000377 | 5/12/2017 | 14,667.98 | Auto |
| | | | | | |
| Vendor Number: | RICHA03  Richards Farms  *Rent* | | | | |
| W | Webster Bank | 000297 | 4/28/2017 | 90,000.00 | Auto |
| W | Webster Bank | 000399 | 5/17/2017 | 420,000.00 | Manual |
| W | Webster Bank | 000513 | 6/16/2017 | 43,152.08 | Auto |
| W | Webster Bank | 000671 | 8/9/2017 | 30,000.00 | Manual |
| W | Webster Bank | 000840 | 9/21/2017 | 30,000.00 | Manual |
| W | Webster Bank | 000868 | 10/3/2017 | 30,000.00 | Manual |
| W | Webster Bank | 000952 | 11/1/2017 | 30,000.00 | Manual |
| W | Webster Bank | 001038 | 12/4/2017 | 30,000.00 | Manual |
| | | Vendor RICHA03 Total: | | 703,152.08 | |
| | | | | 420,000.00- | Richards Farms payback to CNM $420K 05/19/2017 #1356 |
| | | **TOTAL** | | **283,152.08** | |

# VEHICLE LIST

| Make | Year | Model | VIN | Mileage | Ownership | Farm |
|------|------|-------|-----|---------|-----------|------|
| | | | | | | |
| Ford | 1998 | F-250 | 1FTNF21L2XEC75827 | 177,162 | Owned | Hayden |
| Ford | 1994 | Explorer | 1FMDU34X3RUE12574 | 164,182 | Owned | Hayden |
| Ford | 1989 | E-150 | 1FTDE14Y5KHB83635 | 178,959 | Owned | Hayden |
| | | | | | | |
| | | | | | | |
| Ford | 1997 | F-150 | 1FTDX1722VNB57100 | 140,548 | Owned | Tuckahoe |
| Chevy | 2003 | Avalanche | 3GNEK13T63G291395 | N/A | Owned | Tuckahoe |
| Ford | 1997 | Windstar | 2FMDA5145VBC89634 | 181,520 | Owned | Tuckahoe |
| | | | | | | |
| | | | total | 842,371 | | |

## SUMMARY OF NOL CARRYFORWARDS

| | CNC | | CNM | | | CNF | |
|---|---|---|---|---|---|---|---|
| | CT FED | CT STATE | MD FED | MD STATE | CT TAX | FL FED | FL STATE |
| 2001 | | 52,169 | | | | | |
| 2005 | | 960,253 | | | | | |
| 2006 | | 302,229 | | | | | |
| 2007 | | 363,030 | | | | | |
| 2008 | | 779,949 | | | | | |
| 2009 | | 320,133 | | | | | |
| 2011 | | 305,859 | 1,477,193 | 1,477,193 | | | |
| 2012 | 1,681,823 | 2,026,464 | 5,323,164 | 5,323,164 | 271,559 | | |
| 2013 | | 5,399,852 | 5,399,852 | 5,399,852 | 337,248 | 466,199 | 466,199 |
| 2014 | 1,188,801 | 1,195,076 | 2,889,600 | 2,889,600 | 281,183 | 700,024 | 700,024 |
| 2015 | 2,918,885 | 2,920,902 | 7,212,766 | 7,212,766 | 364,037 | 774,557 | 774,557 |
| 2016 | 2,918,770 | 2,918,520 | 1,964,279 | 1,964,279 | 40,708 | | |
| 2017 | 5,529,150 | 5,528,900 | 4,828,936 | 4,256,790 | 572,146 | 3,961,000 | 3,961,000 |
| TOTAL | 14,237,429 | 17,673,484 | 29,095,790 | 28,523,644 | 1,866,881 | 5,901,780 | 5,901,780 |
| RATE: | 0.20 | 0.075 | 0.20 | 0.0825 | 0.075 | 0.20 | 0.055 |
| VALUE OF NOL | 2,847,486 | 1,325,511 | 5.819.158 | 2.353.201 | 140.016 | 1,180,356 | 324,598 |

| | |
|---|---|
| TOTAL FED | 49,234,999 |
| TOTAL CT STATE | 19,540,365 |
| TOTAL MD STATE | 28,523,644 |
| TOTAL FL STATE | 5,901,780 |
| TOTAL STATE | 53,965,789 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

| In re | **Clinton Nurseries of Maryland, Inc.** | | Case No. | **17-31898** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 175,000.00 |
| Prior to the filing of this statement I have received | $ | 175,000.00 |
| Balance Due | $ | 0.00 |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 16, 2018** | **/s/ Eric Henzy** |
| *Date* | **Eric Henzy ct12849** |
| | *Signature of Attorney* |
| | **Zeisler & Zeisler, P.C.** |
| | **10 Middle Street, 15th Floor** |
| | **P.O. Box 1220** |
| | **Bridgeport, CT 06604** |
| | **(203) 368-4234   Fax: (203) 367-9678** |
| | **info@zeislaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of Connecticut

In re   **Clinton Nurseries of Maryland, Inc.**                                                  Case No.   **17-31898**

                                                                          Debtor(s)         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Clinton Nurseries, Inc.**<br>**517 Pond Meadow Road**<br>**Westbrook, CT 06498** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **January 16, 2018**                          Signature   **/s/ David Richards**

                                                                    **David Richards**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Connecticut

In re   **Clinton Nurseries of Maryland, Inc.**       Case No.   **17-31898**
                                    Debtor(s)        Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Clinton Nurseries of Maryland, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Clinton Nurseries, Inc.**
**517 Pond Meadow Road**
**Westbrook, CT 06498**

☐ None [*Check if applicable*]

**January 16, 2018**                                 **/s/ Eric Henzy**
Date                                          **Eric Henzy ct12849**
                                         Signature of Attorney or Litigant
                                         Counsel for   **Clinton Nurseries of Maryland, Inc.**
                                         **Zeisler & Zeisler, P.C.**
                                         **10 Middle Street, 15th Floor**
                                         **P.O. Box 1220**
                                         **Bridgeport, CT 06604**
                                         **(203) 368-4234 Fax:(203) 367-9678**
                                         **info@zeislaw.com**